PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
ALFREDO V. GONZALEZ, JR.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>          Plaintiff,       )<br>     vs.                    )<br>                              )<br>ALFREDO V. GONZALEZ, JR.,   )<br>          Defendants.       )<br>                              )<br>                              )<br>                              ) | CASE NO. 2:14-CR-108-JAM<br><br>STIPULATION [PROPOSED ORDER] TO CONTINUE STATUS CONFERENCE<br><br>Date: January 6, 2015<br>Time: 9:30 a.m.<br>Honorable John A. Mendez |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Josh F. Sigal, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Alfredo Gonzalez, Jr., that the Status Conference date scheduled for December 2, 2014, at 9:30 a.m. be vacated and the Status Conference be continued to this Court's calendar on January 6, 2015, at 9:30 a.m. It is further stipulated that the time period from the date of this stipulation, November 20, 2014, through and including the date of the new Status Conference, January 6, 2015, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h) (7) (A) and (B) (iv) and Local Code T4, to allow all counsel reasonable for effective preparation. The ends of Justice by this continuance outweighs the public's and the defendant's interest in a speedy trial.

The Court is advised that counsel have conferred about this request and that they have agreed to the court date of January 6, 2015. Attorney Martinez will be traveling out of state on December 1, 2014, for a federal case in the District of Kansas (Juan Manuel Lopez Garcia, #2:14-cr-20071-JAR). The parties expect to have reached an agreement by the date of January 6, 2015. The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 up to and including January 6, 2015.

                                            Respectfully Submitted,

Dated: November 20, 2014            /s/ Josh F. Sigal
                                            Josh F. Sigal
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

Dated: November 20, 2014            /s/ Preciliano Martinez
                                            Preciliano Martinez
                                            Attorney for Defendant
                                            ALFREDO V. GONZALEZ, JR.

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It is ordered that time beginning from the parties stipulation on November 20, 2014, up to and including the January 6, 2015, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h) (7) (A) and (B) (iv) and Local Code T4. The presently set December 2, 2014, status conference date shall be continued to January 6, 2015.

Dated: 11/21/2014

                                            /s/ John A. Mendez
                                            John A. Mendez
                                            U.S. District Court Judge