PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th St, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ALFREDO V. GONZALEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br><br>ALFREDO V. GONZALEZ,<br>　　　　Defendant. | CASE NO. 2:14-CR-108-JAM<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING<br><br>Date: July 21, 2015<br>Time: 9:15 a.m.<br>Honorable  John A. Mendez |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Josh F. Sigal, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Alfredo V. Gonzalez, that the sentencing date scheduled for June 9, 2015, at 9:30 a.m. be vacated and the sentencing date be continued to this Court's calendar on July 21, 2015, at 9:15 a.m. Defense counsel needs further time for investigation and preparation for Mr. Gonzalez's sentencing. Therefore, we respectfully ask the Court to continue the sentencing to July 21, 2015.

//

//

//

1

The court is advised that counsel have conferred about this request, that they have agreed to the court date of July 21, 2015, and that Mr. Sigal has authorized Preciliano Martinez to sign this stipulation on his behalf.

Respectfully Submitted,

Dated:  June 1, 2015 /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant

Dated:  June 1, 2015 /s/ Josh F. Sigal
Josh F. Sigal
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current June 9, 2015, sentencing date is hereby vacated and reset to July 21, 2015.

Dated: 6/1/2015 /s/ John A. Mendez
John A. Mendez
U.S. District Court Judge