HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ALFREDO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-00108-JAM |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING EARLY TERMINATION OF SUPERVISION (ECF No. 29)** |
| v. | ) | |
| ALFREDO V. GONZALEZ, JR., | ) | Hon. John A. Mendez |
| Defendant. | ) | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby **TERMINATES** the term of supervised release imposed in this case and discharges Defendant ALFREDO V. GONZALEZ, JR. for the reasons set forth in his unopposed Motion.

Dated: August 05, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE